against Horace G. Polhemus, individually and as executor, etc., and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, J., not voting.

---

LEVY, Respondent, v. SCHREYER, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Ephraim B. Levy against John Schreyer. A. Thain, for appellant. J. Washburn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

LEWIS v. POLLOCK (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Frederick W. Lewis against William L. Pollock. No opinion. Order affirmed, with $10 costs and disbursements.

---

LEWIS et al., Respondents, v. RABINOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Isaac Lewis and Julius Bashlow against Meyer Rabinowitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LODER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division. Second Department. July 24, 1903.) Action by Victorine A. Loder against the Metropolitan Street Railway Company. No opinion. Motion to vacate stay of proceedings denied.

---

LODER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Victorine A. Loder against the Metropolitan Street Railway Company. No opinion. Motion denied.

---

LONG ISLAND BOTTLERS' UNION, Appellant, v. SEITZ, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by the Long Island Bottlers' Union against Michael Seitz. No opinion. Judgment and order affirmed, with costs.

---

LUYSTER, Respondent, v. JOSEPH, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Cornelius W. Luyster against Frederick Joseph. A. A. Cook, for appellant. W. S. Newham, for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissents.

---

McCARTHY, Appellant, v. HUGGLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Mary A. McCarthy against Mary Huggler.

PER CURIAM. Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that the complaint states a cause of action against the defendant for enticing away the plaintiff's husband and enticing him to permanently desert her, but whether or not the evidence was sufficient to establish such alleged cause of action was a question of fact for the jury, and that the alleged cause of action was not barred by the statute of limitations.

---

McCLELLAN, Respondent, v. DALZELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Joseph H. McClellan against Robert S. Dalzell and Thomas Burke. No opinion. Judgment unanimously affirmed, with costs.

---

McCOLLUM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Alexander J. McCollum against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

McDONALD, Appellant, v. NAUGHTON et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Bernard McDonald against Bernard Naughton and others. J. H. Banton, for appellant. B. S. Weeks, for respondents. No opinion. Judgment affirmed, with costs.

---

MANDREY, Appellant, v. OGDEN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by William W. Mandrey against Willis L. Ogden and others. J. J. Myers, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

MANNESCHMIDT, Respondent, v. McAVOY, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Jacob Manneschmidt, Jr., against Richard McAvoy. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MARSTON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by James R. Marston against the city of New York. No opinion. Judgment affirmed, with costs.

---

MAXWELL et al., Respondents, v. JOHN SINGLE PAPER CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Augustus E. Maxwell and another against the John Single Paper Company, Limited. No opinion. Judgment and order affirmed, with costs.

---

MAYER, Appellant, v. WASSERMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Michael Mayer against Conrad Wassermann and Katherine Wasserman. No opinion. Interlocutory judgment affirmed, with costs.